

**In The**

# Court of Appeals

**For The**

# First District of Texas

---

## NO. 01-19-00516-CV

---

**CHARLES  WAYNE  RUSSELL, Appellant**
**V.**
**LORI  ELIZABETH  RUSSELL, Appellee**

---

**On Appeal from County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Cause No. 19-FD-0579**

---

## ORDER

Charles Wayne Russell appealed from a denial of his motion to dismiss a post-divorce action under the Texas Citizens Participation Act. A panel of this Court issued a memorandum opinion and judgment on February 6, 2020. The February 6, 2020 memorandum opinion and judgment are withdrawn and the cause is reinstated on the Court's active docket. *See Univ. of Tex. Health Sci. Ctr. v. Gutierrez*, 237 S.W.3d 869, 870 (Tex. App.—Houston [1st Dist.] 2007, pet. denied) (withdrawing opinion and judgment sua sponte within Court's plenary

power); *see also* TEX. R. APP. P. 19.1 ("Plenary Power of Courts of Appeals"). The panel will issue a substitute opinion following this order. The January 21, 2020 submission date remains unchanged.

It is so **ORDERED.**

Date:  February 25, 2020

/s/ Justice Sarah Beth Landau____

**Acting Individually**